UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BRITSCHGI, DIONA BRITSCHGI,<br><br>           Plaintiffs,<br><br>  v.<br><br>OCWEN LOAN SERVICING, LLC; AMERICAN HOME MORTGAGE; AZTEC FORECLOSURE CORPORATION, a California Corporation, and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. EDCV 09-937-VAP (SHx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against OCWEN LOAN SERVICING, L.L.C. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>June 9, 2009</u>

                                                               /s/ Virginia A. Phillips<br>
                                                              VIRGINIA A. PHILLIPS<br>
                                                              United States District Judge